# JULIUS M. STEABNER v. MINNEAPOLIS & ST. LOUIS RAILROAD COMPANY AND OTHERS.[1]

### June 6, 1919.

### No. 21,462.

**Case followed.**

Plaintiff obtained from the supreme court an order to show cause why a writ of mandamus should not issue, directed to the Honorable Frederick N. Dickson, one of the judges of the district court for Ramsey county, requiring him to make an order remanding a certain action and changing the venue thereof to Yellow Medicine county. Writ denied.

*Davis & Michel*, for appellant.

*M. M. Joyce* and *R. B. Alberson*, for respondent.

PER CURIAM.

The decision of the question involved in this case is controlled by State v. Tryholm, 139 Minn. 389, 166 N. W. 533, which we follow and apply. The order to show cause is therefore discharged.